IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS,

      Plaintiff,                    No. 2:09-cv-0292 JFM (PC)

    vs.

D.K. SISTO, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On September 9, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Fleishman was returned unserved because he no longer works at California State Prison-Solano. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

/////

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed August 20, 2009;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Fleischman;

    b. Two copies of the endorsed amended complaint filed August 20, 2009; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: November 30, 2009.

UNITED STATES MAGISTRATE JUDGE

/mp
evan0292.8e

2

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES EVANS,
11            Plaintiff,                  No. 2:09-cv-0292 JFM (PC)
12       vs.
13   D.K. SISTO, et al.,                  NOTICE OF SUBMISSION
14            Defendants.                 OF DOCUMENTS
15   _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            _____    completed summons form
19            ___1__    completed USM-285 forms
20            ___2__    copies of the August 20, 2009
                                       Amended Complaint
21   DATED:
22
23                                        _____
                                                      Plaintiff
24
25
26
```