IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS,

    Plaintiff,               No. 2:09-cv-0292-JFM (PC)

   vs.

D. K. SISTO, et al.,

    Defendants.          <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint filed July 29, 2009. On December 3, 2009, defendants Singh, Telford, Terrazas, Nuehring[1], McDonald and Felker filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b).[2] Plaintiff has not opposed the motion.

/////

---

[1] This individual is identified as defendant Numering in the second amended complaint.

[2] By order filed September 9, 2009, the United States Marshal was ordered to serve process on the six defendants who have moved to dismiss, and on defendant H. Fleishman. Service on defendant Fleishman was returned unexecuted. By order filed December 1, 2009, plaintiff was directed to provide, within sixty days, additional information for service of process on defendant Fleishman.

1

1   Local Rule 230(l) provides in part: "Failure of the responding party to file written
2  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to
3  the granting of the motion . . . ." On September 9, 2009, plaintiff was advised of the
4  requirements for filing an opposition to the motion and that failure to oppose such a motion may
5  be deemed a waiver of opposition to the motion.
6   Local Rule 110 provides that failure to comply with the Local Rules "may be
7  grounds for imposition of any and all sanctions authorized by statute or Rule or within the
8  inherent power of the Court." In the order filed September 9, 2009, plaintiff was advised
9  that failure to comply with the Local Rules may result in a recommendation that the action be
10 dismissed.
11   Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
12 date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a
13 statement of non-opposition. Failure to comply with this order will result in a recommendation
14 that plaintiff's claims against defendants Singh, Telford, Terrazas, Nuehring, McDonald and
15 Felker be dismissed pursuant Federal Rule of Civil Procedure 41(b).
16 DATED: January 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
evan0292.46osc