1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES EVANS,

11            Plaintiff,                    No. 2:09-cv-0292 JFM (PC)

12        vs.

13   FELKER, et al.,

14            Defendants.                   ORDER

15   _____/

16        Plaintiff has filed a second motion for appointment of counsel.[1]   As the court

17   noted in its previous order, the United States Supreme Court has ruled that district courts lack

18   authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United

19   States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court

20   may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v.

21   Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36

22   (9th Cir. 1990).  In the present case, the court still does not find the required exceptional

23   circumstances.  Plaintiff's second motion for the appointment of counsel will therefore be

24   denied.

25   _____

26        [1]  Plaintiff's first motion, filed December 18, 2009, was denied by order filed January 7,
     2010.

                                              1

/////

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's February 3, 2010, motion for the appointment of counsel is denied.

DATED: February 23, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
evan0292.31(2)