IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS,

    Plaintiff,                    No. 2:09-cv-0292 JFM (PC)

    vs.

FELKER, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has filed a second motion for appointment of counsel.[1]  As the court noted in its previous order, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court still does not find the required exceptional circumstances.  Plaintiff's second motion for the appointment of counsel will therefore be denied.

---

[1] Plaintiff's first motion, filed December 18, 2009, was denied by order filed January 7, 2010.

1

1 /////

2            In accordance with the above, IT IS HEREBY ORDERED that plaintiff's

3 February 3, 2010, motion for the appointment of counsel is denied.

4 DATED: February 23, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
evan0292.31(2)

2