IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS,

      Plaintiff,                  No. 2:09-cv-0292 WBS JFM (PC)

    vs.

FELKER, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 16, 2010, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on December 18, 2009, February 3, 2010 and June 3, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 16, 2010 request is denied.

DATED: August 5, 2010.

                              UNITED STATES MAGISTRATE JUDGE

/md
evan0292.31.thr(2)