IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EVANS,**<br><br>Plaintiff,<br><br>v.<br><br>**D.K. SISTO, et al.,**<br><br>Defendants. | Case No. 2:09-cv-00292-WBS-JFM (PC)<br><br>**ORDER** |

    Defendants' request to conduct Plaintiff James Evans's deposition via videoconference is granted.

Dated: August 5, 2010.

                                                /s/ John F. Moulds
                                                John F. Moulds
                                                U.S. Magistrate Judge

/evan0292.vcdep

1