IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS,

      Plaintiff,                  No. 2:09-cv-0292 WBS JFM (PC)

   vs.

FELKER, et al.,

      Defendants.        <u>ORDER</u>

                             /

          On August 13, 2010, plaintiff filed a document styled as objections to the magistrate judge's order filed August 6, 2010, granting defendants leave to conduct plaintiff's deposition by videoconference. The court construes plaintiff's objections as a request for reconsideration of that order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2  the magistrate judge filed August 6, 2010, is affirmed.
3  DATED: September 9, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE