IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

        Plaintiff,                    No. 2:09-cv-0292 WBS JFM (PC)

  vs.

D. K. SISTO, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2011, plaintiff filed a document styled "Complaint for Civil Penalties and/or Injunction, or TRO, Relief." As with three motions filed on December 22, 2010, March 8, 2011, and May 2, 2011, all of which were denied by order filed August 15, 2011, plaintiff continues to contend that the California Department of Corrections and Rehabilitation lacks jurisdiction to keep him in custody. That contention has been found to be without merit, and the claim raised by plaintiff in this action which rested thereon has been dismissed. <u>See</u> Findings and Recommendations filed March 30, 2010, at 3-4; Order filed May 5, 2010. The document filed by plaintiff on September 12, 2011 will be disregarded.

/////

/////

1

1         In accordance with the above, IT IS HEREBY ORDERED that the document filed
2 by plaintiff on September 12, 2011 will be disregarded.
3 DATED: October 11, 2011.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

12
evan0292.o2