IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS,

    Plaintiff,                               No. 2:09-cv-0292 WBS JFM (PC)

    vs.

FELKER, et al.,

    Defendants.                       <u>ORDER</u>

          Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On October 13, 2011, plaintiff filed his seventh motion for the appointment of counsel. Plaintiff's previous motions were filed on December 18, 2009, February 3, 2010, June 3, 2010, July 16, 2010, September 3, 2010 and January 3, 2011 . All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's October 13, 2011 motion for appointment of counsel is denied.

DATED: November 7, 2011.

                                                  UNITED STATES MAGISTRATE JUDGE

/kly
evan0292.31thr(2)