IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS,

    Plaintiff,                    No.  2:09-cv-0292 WBS JFM (PC)

    vs.

FELKER, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On December 23, 2011, plaintiff filed his eighth motion for the appointment of counsel.  Plaintiff's previous requests were filed on December 18, 2009, February 3, 2010, June 3, 2010, July 16, 2010, September 3, 2010, January 3, 2011 and October 13, 2011.  All motions were denied.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's December 23, 2011 motion for appointment of counsel is denied.

DATED: February 6, 2012.

                                UNITED STATES MAGISTRATE JUDGE

/mp
evan0292.31thr(3)