IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS,

    Plaintiff,               No. 2:09-cv-0292 WBS JFM (PC)

    vs.

FELKER, et al.,

    Defendants.        <u>ORDER</u>

                            /

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court finds appointment of counsel is warranted. Stephen M. Duvernay, Ashley H. Joyce, and Alex M. Medina, who have been selected from the court's pro bono attorney panel, are hereby appointed.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This matter is set to proceed for trial commencing June 19, 2012, at 9:00 a.m. before the Honorable William B. Shubb in Courtroom #5.

        2. Stephen M. Duvernay, Ashley H. Joyce, and Alex M. Medina are appointed as counsel in the above entitled matter. They have represented that they are preparing an engagement letter regarding the provision of services, and their appointment as counsel shall be contingent on defendant executing the engagement letter and returning it to appointed counsel.

1

1  Appointed counsel shall file a written notice with the court upon plaintiff's satisfactory execution
2  and return of an engagement letter to them.
3          3. Stephen M. Duvernay, Ashley H. Joyce, and Alex M. Medina shall notify
4  Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if they have any
5  questions related to the appointment.
6          4. The Clerk of the Court is directed to serve a copy of this order upon Stephen
7  M. Duvernay, Ashley H. Joyce, and Alex M. Medina, DLA Piper LLP, 400 Capitol Mall, Suite
8  2400, Sacramento, California 95814 and upon plaintiff at his address of record.
9  DATED: April 11, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

evan0292.31