IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

    Plaintiff,                                 No. 2:09-cv-0292 WBS JFM (PC)

    vs.

D. K. SISTO, et al.,

    Defendants.                            <u>ORDER</u>

_____/

        Plaintiff is a former state prisoner on parole proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 12, 2012, this court appointed counsel to represent plaintiff, conditioned upon execution of an engagement agreement.  On April 20, 2012, counsel moved for relief from the conditional appointment.  In the motion, counsel represents that on April 19, 2012, plaintiff left a voicemail message with counsel for defendants that included a telephone number.

        Good cause appearing, IT IS HEREBY ORDERED that Stephen M. Duvernay, Ashley H. Joyce, or Alex M. Medina shall endeavor to contact plaintiff at the telephone number left with counsel for defendants and shall thereafter advise the court.

DATED: April 27, 2012.

UNITED STATES MAGISTRATE JUDGE

12
evan0292.o4

1