IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

      Plaintiff,                    No. 2:09-cv-0292 WBS JFM (PC)

    vs.

D. K. SISTO, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a former state prisoner on parole proceeding pro se with an action pursuant to 42 U.S.C. § 1983. On April 12, 2012, the court appointed counsel subject to execution of an engagement letter. On April 20, 2012, that counsel moved for relief from the conditional appointment. The motion was granted by order filed May 2, 2012. The court continues to find appointment of counsel is warranted. Attorney Aldon Bolanos has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to accept the appointment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This matter is set to proceed for trial commencing June 19, 2012, at 9:00 a.m. before the Honorable William B. Shubb in Courtroom #5.

        2. Aldon Bolanos is appointed as counsel in the above entitled matter.

1

3.  Aldon Bolanos shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4.  The Clerk of the Court is directed to serve a copy of this order upon Aldon Bolanos, The Van Voorhies Mansion, 925 G Street, Sacramento, CA 95814.

DATED: May 7, 2012.

UNITED STATES MAGISTRATE JUDGE

/evan0292.31(b)