IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

    Plaintiff,                      No. 2:09-cv-0292 WBS JFM (PC)

  vs.

D. K. SISTO, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a former state prisoner on parole proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for jury trial on June 19, 2012. On June 4, 2012, plaintiff filed an application to continue the jury trial for a period of thirty days. In the application, plaintiff represents that defendants do not oppose the request.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff'S June 4, 2012 application for continuance is granted; and

        2. The jury trial of this matter is CONTINUED from June 19, 2012 to August 7, 2012 at 9:00 a.m. in Courtroom # 5.

DATED: June 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

evan0292.o6

1