## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

        Plaintiff,                  No. 2:09-cv-0292 WBS JFM P

  vs.

D. K. SISTO, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
                                 /        **AD TESTIFICANDUM**

       James Evans, inmate PFN: CLH006, a necessary and material witness in proceedings in this case on August 7, 2012, is confined in the Santa Clara County Main Jail North, 150 West Hedding Street, San Jose, CA 95110, in the custody of the Sheriff of Santa Clara County; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 14th Floor, Courtroom # 5, United States Courthouse, 501 I Street, Sacramento, California on August 7, 2012 at 9:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sheriff of Santa Clara County, Santa Clara County Main Jail North, 150 West Hedding Street, San Jose, CA 95110:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 30, 2012

                                                    WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE