IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

       Plaintiff,                         No. 2:09-cv-0292 WBS JFM (PC)

   vs.

D. K. SISTO, et al.,

       Defendants.              <u>ORDER</u>

                                /

       Plaintiff is a former state prisoner on parole proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed August 6, 2012, the trial date set in this matter was vacated and the matter was referred back to the undersigned for all further pretrial proceedings.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff shall inform the court in writing not later than ten days after completion of the state court criminal proceedings now pending against plaintiff in Santa Clara County that the proceedings have concluded and the nature of the disposition; and

       2. Within thirty days from the date of this order any party may file a written request for a settlement conference in this matter.  If both parties request a settlement conference,

/////

/////

1

the matter will be set for settlement conference before the undersigned if both parties waive disqualification.

      3.  All pending motions are denied without prejudice.

DATED: August 9, 2012.

                                     /s/ John F. Moulds
                                     UNITED STATES MAGISTRATE JUDGE

12
evan0292.o7