1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES EVANS, JR.,

11            Plaintiff,                         No. 2:09-cv-0292 WBS JFM (PC)

12        vs.

13   D. K. SISTO, et al.,

14            Defendants.                        ORDER

15   _____/

16            Plaintiff is a former state prisoner on parole proceeding through counsel with a

17   civil rights action pursuant to 42 U.S.C. § 1983.  By order filed August 6, 2012, the trial date set

18   in this matter was vacated and the matter was referred back to the undersigned for all further

19   pretrial proceedings.  Good cause appearing, IT IS HEREBY ORDERED that:

20            1.  Plaintiff shall inform the court in writing not later than ten days after

21   completion of the state court criminal proceedings now pending against plaintiff in Santa Clara

22   County that the proceedings have concluded and the nature of the disposition; and

23            2.  Within thirty days from the date of this order any party may file a written

24   request for a settlement conference in this matter.  If both parties request a settlement conference,

25   /////

26   /////

1

1  the matter will be set for settlement conference before the undersigned if both parties waive

2  disqualification.

3           3.  All pending motions are denied without prejudice.

4  DATED: August 9, 2012.

5

6  _____
        UNITED STATES MAGISTRATE JUDGE

7

8  12
  evan0292.o7

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26