IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

    Plaintiff,                    No. 2:09-cv-0292 WBS JFM (PC)

  vs.

D. K. SISTO, et al.,

    Defendants.              ORDER TO SHOW CAUSE

        Plaintiff is proceeding with this civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2012, plaintiff's court-appointed counsel filed a motion to be relieved as counsel for plaintiff. By order filed December 3, 2012, the motion was granted subject to the condition that within five days from the date of the December 3, 2012 order Aldon L. Bolanos, Esq. serve a copy of this order on plaintiff and file in this action proof of such service by notice that includes plaintiff's current address. Mr. Bolanos has not complied with that order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within five days from the date of this order Aldon L. Bolanos, Esq. shall show cause in writing, if any he has, why sanctions should not be imposed for his failure to comply with the court's December 3, 2012 order.

/////

1

Case 2:09-cv-00292-TLN-AC Document 158 Filed 02/21/13 Page 2 of 2

2. The Clerk of the Court is directed to serve a copy of this order on Aldon Louis Bolanos, Law Officers of Aldon L. Bolanos, 925 G Street, Sacramento, CA 95814.

DATED: February 20, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

12
evan0292.o9