IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

       Plaintiff,                    No. 2:09-cv-0292 WBS JFM (PC)

   vs.

D. K. SISTO, et al.,

       Defendants.        <u>ORDER</u>

_____/

        Plaintiff is proceeding with this civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2012, plaintiff's court-appointed counsel filed a motion to be relieved as counsel for plaintiff. By order filed December 3, 2012, the motion was granted subject to the condition that within five days from the date of the December 3, 2012 order Aldon L. Bolanos, Esq. serve a copy of this order on plaintiff and file in this action proof of such service by notice that includes plaintiff's current address. Mr. Bolanos did not timely file proof of service. For that reason, on February 21, 2013, Mr. Bolanos was directed to show cause in writing why sanctions should not be imposed for failure to comply with the December 3, 2012 order. Mr. Bolanos timely responded to the order to show cause and provided proof that on December 6, 2012 he complied with the December 3, 2012 order.

        According, good cause appearing, IT IS HEREBY ORDERED that:

1

1. The February 21, 2013 order to show cause is discharged;

2. The withdrawal of Aldon L. Bolanos, Esq. as plaintiff's counsel of record is confirmed; and

3. The Clerk of the Court is directed to serve a copy of this order on Aldon Louis Bolanos, Law Officers of Aldon L. Bolanos, 925 G Street, Sacramento, CA 95814.

DATED: March 28, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

12
evan0292.o10