IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,

        Plaintiff,                  No. 2:09-cv-0292 WBS JFM (PC)

    vs.

D. K. SISTO, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a former state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983. By order filed December 3, 2012 (ECF No. 157), the court granted the motion of plaintiff's court-appointed counsel to withdraw and directed plaintiff to inform the court in writing not later than ten days after completion of criminal proceedings then pending against him in Santa Clara County of the disposition of the proceedings. On March 27, 2013, plaintiff filed a motion to reinstate this action onto the court's trial calendar. It appears from the motion that plaintiff is neither in a county jail nor a state prison. Plaintiff also requested reappointment of his last court-appointed counsel to again represent him in this action. The court has contact counsel who have agreed to accept appointment to represent plaintiff at the trial in this matter.

/////

/////

1

1       Good cause appearing, , IT IS HEREBY ORDERED that:

2       1. Plaintiff's March 27, 2013 motion to reinstate this case to the trial calendar
3 (ECF No. 162) is granted;

4       2. This matter is set for trial commencing March 24, 2014, at 9:00 a.m. before the
5 Honorable Troy L. Nunley in Courtroom #2.

6       3. Aldon Bolanos, Esq. and Walter Dauterman, Esq. are appointed as counsel in
7 the above entitled matter.

8       4. Counsel for plaintiff shall notify Sujean Park, at (916) 930-4278 or via email at
9 spark@caed.uscourts.gov, if they have any questions related to the appointment.

10       5. The Clerk of the Court is directed to serve a copy of this order upon Aldon
11 Bolanos and Walter Dauterman, The Van Voorhies Mansion, 925 G Street, Sacramento, CA
12 95814.

13 DATED: June 25, 2013

15       /s/ Allison Claire
      ALLISON CLAIRE
      UNITED STATES MAGISTRATE JUDGE

22 12
evan0292.31(c)