UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVANS JR<br><br>    Plaintiff,<br><br>    vs.<br><br>TERRAZAS, et al.,<br><br>    Defendants. | 2:09-CV-00292-TLN-AC<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICATION TO TRANSPORT JAMES EVANS, PLAINTIFF**<br><br>DATE:  Monday, March 24, 2014<br>TIME:   9:00 AM |

**James Evans, Jr.**, an inmate of the Santa Clara County Department of Correction, PFN: CLH006, a necessary and material witness on his own behalf, in proceedings in this case beginning on Monday, March 24, 2014 is confined at the Santa Clara County Main Jail North, 150 West Hedding Street, San Jose, CA, 95110, in the custody of the Sheriff of Santa Clara County.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom 2,  15th Floor,  United States Courthouse, 501 "I" Street, Sacramento, California, on Monday, March 24, 2014 at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

1

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Sheriff of the Santa Clara County:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

**Dated: March 3, 2014**

_____
Troy L. Nunley
United States District Judge

2