IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

James Evans, Jr.

           Plaintiff(s)

vs.

Sisto, et al.

           Defendants.

No. 2:09-cv-0292-TLN-AC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Aldon L. Bolanos, Esq., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 26, 2013, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> My co-counsel, Walter Dauterman, and I need to travel to San Jose to meet with our client, James Evans, before his trial begins on March 24, 2014. Mr. Evans is currently incarcerated in the Santa Clara County Jail. Unfortunately, my office has been informed that there is no way to guarantee that Mr. Evans will be transported to Sacramento far enough in advance of his court date to enable us to prepare Mr. Evans for his trial. Given the distance and traffic congestion involved, we would like to travel by car to San Jose, stay overnight at a local hotel, meet with Mr. Evans at the Santa Clara County Jail to prepare our case for trial, and then return that day to Sacramento. We anticipate that we will meet with Mr. Evans approximately two weeks before trial to conduct our trial preparation work.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 560.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:09-cv-0292 TLN-AC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | Mileage | $130.00 |
| | Parking/Tolls | $30.00 |
| | Lodging for Mr. Bolanos | $144.00 |
| | Lodging for Mr. Dauterman | $144.00 |
| | Meals for Mr. Bolanos | $56.00 |
| | Meals for Mr. Dauterman | $56.00 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of February, 20 14, at Sacramento, California.

Aldon L. Bolanos, Esq. /s/

Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: _____

United States District Judge/Magistrate Judge