KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
RENE L. LUCARIC, State Bar No. 180005
Supervising Deputy Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone: (213) 897-6334
 Fax: (213) 897-7604
 E-mail: David.Carrasco@doj.ca.gov
*Attorneys for Defendants*
*Neuhring and Terrazas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES EVANS,**<br><br>                            Plaintiff,<br><br>       v.<br><br>**NEUHRING, et al.,**<br><br>                            Defendants. | 2:09-cv-00292-TLN-AC<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>Trial Date: September 8, 2014<br>Action Filed: February 2, 2009 |

Plaintiff James Evans and Defendants Neuhring and Terrazas, through their counsel, stipulate to continuing the trial date, currently September 8, 2014, to December 15, 2014.

On March 20, 2014, the Court set the current trial date of September 8, 2014.  (Order, ECF No. 177.)  On June 23, 2014, Defendants' counsel notified Defendant Neuhring of the trial date. Neuhring advised Defendants' counsel that he has made family vacation plans out of state from September 4-13, 2015.  The requested stipulated continuance will permit Neuhring to take his planned vacation.

/ / /

/ / /

/ / /

Dated: June 30, 2014        /s/ *Aldon L. Bolanos*_____
                            ALDON L. BOLANOS
                            Law Offices of Aldon L. Bolanos
                            Attorney for Plaintiff
                            *James Evans*


Dated: June 30, 2014        /s/ *David A. Carrasco*_____
                            DAVID A. CARRASCO
                            Deputy Attorney General
                            California Office of the Attorney General
                            Attorney for Defendants
                            *Neuhring and Terrazas*

## ORDER

Having reviewed the stipulation of the parties, and good cause showing, the trial shall be continued to December 15, 2014.

**IT IS SO ORDERED.**

Dated: June 30, 2014

_____
Troy L. Nunley
United States District Judge

2