UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. NUEHRING, et al.,<br><br>　　　　Defendants. | No. 2:09-cv-00292 TLN AC<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with counsel in a civil rights action under 42 U.S.C. § 1983. Plaintiff pro se filed a "motion to reinstate civil-trial for immediate proceedings." ECF No. 186. However, so long as plaintiff is represented in this matter, he may properly communicate with the court only through his counsel. Moreover, Judge Nunley has denied defendants' motion to dismiss. See Order at ECF No. 193, filed on September 22, 2014.[1] The motion is therefore moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff pro se's inapposite "motion to reinstate civil-trial for immediate proceedings," ECF No. 186, is denied.

DATED: October 21, 2014

　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Adopting in full the findings and recommendations filed on August 14, 2014 (ECF No. 190).