FILED

MAR 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVANS., <br><br> Plaintiff, <br><br> v. <br><br> J. NUEHRING, et al., <br><br> Defendants. | Case No.: 2:09-cv-00292-TLN-AC (PC) <br><br> ORDER THAT INMATE JAMES EVANS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

Plaintiff James Evans is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commended on March 24, 2017, inmate James Evans CDCR Inmate No. F-06497, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 3/24/2017

_____
UNITED STATES MAGISTRATE JUDGE

1