# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JAMES EVANS, Jr.,          No. 2:09-cv-292 TLN AC P

       Plaintiff,

v.

TERRAZAS, NUMERING McDONALD, and FELKER,

       Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

James Evans, Jr., CDCR # F-06497, a necessary and material witness on his own behalf in proceedings in this case on July 17, 2017, is confined in Salinas Valley State Prison (SVSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States District Judge Troy L. Nunley at the U. S. District Court, Courtroom #2, 501 I Street, Sacramento, California 95814, on Monday, July 17, 2017 at 9:00 a.m.

## ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in proceedings at the time and place noted above, until completion of the proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P.O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Nunley at the time and place noted above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 11, 2017

                                           ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE